B 10 (Supplement 2) (12/11)

# UNITED STATES BANKRUPTCY COURT

Eastern District of Michigan

In re Angela Amerson  
Debtor

Case No. 09-44055

Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** Homeward Residential, Inc. f/k/a American Home Mortgage Servicing, Inc.

**Court claim no. (if known):** 3

**Last four digits** of any number you use to identify the debtor's account: xxxxxx6885

**UCI:** _____

**Property Address:** 2789 Birchwood Dr, Waterford, MI 48329-3493

**TT#** 406026B01

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No  
☐ Yes. Date of the last notice: ___/___/___

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | | Amount |
|---|---|---|---|
| 1. Late charges | | (1) | $ |
| 2. Non-sufficient funds (NSF) fees | | (2) | $ |
| 3. Attorney fees | | (3) | $ |
| 4. Filing fees and court costs | | (4) | $ |
| 5. Bankruptcy/Proof of claim fees | | (5) | $ |
| 6. Appraisal/Broker's price opinion fees | | (6) | $ |
| 7. Property inspection fees | | (7) | $ |
| 8. Tax advances (non-escrow) for 2009 taxes | 4/21/09 | (8) | $2715.74 |
| 9. Insurance advances (non-escrow) for 2009, 2010, 2011 and 2012 hazard ins | 5/8/09, 5/7/10, 5/6/11, 5/8/12 | (9) | $7647.04 |
| 10. Property preservation expenses. Specify: _____ | | (10) | $ |
| 11. Other. Specify: Attorney fee- 3002.1(c) notice | 6/25/12 | (11) | $50.00 |
| 12. Other. Specify: _____ | | (12) | $ |
| 13. Other. Specify: _____ | | (13) | $ |
| 14. Other. Specify: _____ | | (14) | $ |
| **Total** | | | **$10412.78** |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box.

☐ I am the creditor

☐ I am the creditor's authorized agent. (Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

X /S/ [signature]　　　　　　　　　　　　　　　　　　　　　　　　　Date 06/25/2012
Signature

Print:　Elizabeth Kanous P71178　　　　　　　　　　　　　　　　Attorney For Homeward Residential, Inc. f/k/a
　　　　~~Kim Morden Rattet P62616~~　　　　　　　　　　　　　Title American Home Mortgage Servicing, Inc.
　　　　First Name　　　Middle Name　　　Last Name

Company　Trott & Trott, P.C.

Address　31440 Northwestern Highway, Suite 200
　　　　　Number　　　Street
　　　　　Farmington Hills　　　　　　MI　　48334-2525
　　　　　City　　　　　　　　　　　　State　ZIP Code

Contact Phone 248.642.2515　　　　　　　　　　　　　　　　　　Email EasternECF@trottlaw.com